**Electronically Filed
Supreme Court
SCPW-14-0000452
13-OCT-2014
09:26 AM**

SCPW-14-0000452

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

EILEEN SHAVELSON, Petitioner,

vs.

THE HONORABLE RANDAL G.B. VALENCIANO, JUDGE OF THE FIFTH
CIRCUIT COURT, THE HONORABLE CRAIG H. NAKAMURA, and
THE HONORABLE LAWRENCE M. REIFURTH, JUDGES OF THE
INTERMEDIATE COURT OF APPEALS, Respondents.

ORIGINAL PROCEEDING
(Civil No. 13-1-0137)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Eileen Shavelson's motion for reconsideration of the March 19, 2014 order denying her petition for a writ of mandamus, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, October 13, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

